GILBERT ROLLER, Respondent, v. VIVIAN A. FRANKEL et al., Appellants.—

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.